**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 1 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-30199 |
| Plaintiff-Appellee, | D.C. No. 1:13-cr-00026-SPW |
| v. | |
| TOMAS ALVARADO, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted July 26, 2016**

Before:    SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

Tomas Alvarado appeals from the district court's order denying his motion

for a sentence reduction under 18 U.S.C. § 3582(c)(2).   We have jurisdiction

under 28 U.S.C. § 1291, and we affirm.

Alvarado contends that the district court abused its discretion by denying his

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.   *See* Fed. R. App. P. 34(a)(2).

motion for a sentence reduction under Amendment 782 to the Sentencing

Guidelines. The district court acted within its discretion when it denied Alvarado

a sentence reduction based on his undisputed ties with an international drug cartel,

his extensive criminal history, and his post-offense conduct. *See* U.S.S.G.

§ 1B1.10 cmt. n.1(B); *United States v. Lightfoot*, 626 F.3d 1092, 1096 (9th Cir.

2010).

**AFFIRMED.**